# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AGNES SHERMAN, JESSIE M. WASHINGTON, JAMES JACKSON | CIVIL ACTION<br>NO. 07-8952 |
| VERSUS | |
| SCOTTSDALE INSURANCE COMPANY | SECTION M |

### ORDER

Before the Court is Defendant's Motion for Summary Judgment on the grounds of *res judicata*. The motion is unopposed by Plaintiffs and appears meritorious.

**Accordingly**, the Motion is **GRANTED;** the case is **DISMISSED**; each party to bear its own costs.

New Orleans, Louisiana, this 12th day of November, 2008.

Peter Beer
United States District Judge